UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

v.

TIMOTHY KENNETH DECKER,

    Defendant/Petitioner.
_____/

Case No. 16-cr-20666

Paul D. Borman
United States District Judge

Anthony P. Patti
United States Magistrate Judge

## **ORDER**

On October 28, 2019, Magistrate Judge Anthony P. Patti issued a Report and Recommendation to grant in part and deny in part Defendant/Petitioner Timothy Kenneth Decker's Motion for return of property. (ECF No. 51, Report and Recommendation.)

Having reviewed the Report and Recommendation, and there being no timely objections from any party under 28 U.S.C. § 636(b)(1) and E.D. Mich L. R. 72.1(d), the Court ORDERS that:

(1) Magistrate Judge Patti's October 28, 2019 Report and Recommendation (ECF No. 51) is ADOPTED; and

(2) Plaintiff's Motion for return of property (ECF No. 42) is GRANTED IN PART AND DENIED IN PART.

To the extent that the motion is granted, the following items should be made available for retrieval by Defendant's designated representative: a set of keys (with approximately twenty keys on ring), five garage door remote controls, a WOW cable modem and a Belkin router.

IT IS SO ORDERED.

Dated:  November 14, 2019                        s/Paul D. Borman
                                                                             Paul D. Borman
                                                                             United States District Judge